RECEIVED

SEP - 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

BRANDI N. HALL

VERSUS

CAROLYN COLVIN, ACTING
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

*   CIVIL ACTION NO. 12-1217

*   JUDGE DONALD E. WALTER

*   MAG. JUDGE KAREN L. HAYES

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's

decision is **AFFIRMED**, in its entirety, and this matter **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 3ᵈ day of September 2013,

Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE